■ In the Matter of DAVID C., a Person Alleged to be a Juvenile Delinquent, Appellant. [665 NYS2d 295] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Westchester County (Cooney, J.), entered March 25, 1996, which, upon a fact-finding order of the same court, entered January 23, 1996, made after a hearing, finding that the appellant had committed an act which, if committed by an adult, would have constituted the crime of grand larceny in the fourth degree, adjudged him to be a juvenile delinquent and placed him with the Westchester County Department of Social Services for one year. The appeal brings up for review the fact-finding order entered January 23, 1996.

Ordered that the order of disposition is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.